CASTLE BROTHERS, Respondent, *v.* JAMES GRAHAM, Appellant.

*Castle Brothers* v. *Graham*, 87 App. Div. 97, affirmed.
(Argued January 24, 1905; decided February 21, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 26, 1903, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

*Richard Krause* for appellant.

*Frank A. Doyle* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

INDERLIED CHEMICAL COMPANY, Appellant, *v.* THE PHŒNIX INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Respondent.

*Inderlied Chemical Co.* v. *Phœnix Ins. Co.*, 88 App. Div. 617, affirmed.
(Submitted January 24, 1905; decided February 21, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 23, 1903, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Rollin W. Meeker* for appellant.

*Thomas S. Jones* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.